<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 98-589**

———————

In Re: PHILLIP M. PROPST,

                                        Petitioner.

———————

On Petition for Writ of Mandamus.  (CA-95-151-MU)

———————

Submitted:  August 27, 1998      Decided:  September 11, 1998

———————

Before NIEMEYER and HAMILTON, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

———————

Petition denied by unpublished per curiam opinion.

———————

Phillip M. Propst, Petitioner Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Phillip M. Propst has filed a petition for a writ of mandamus from this court seeking to have this court order the North Carolina Superior Court Department of Justice to release discovery materials related to his criminal trial on state charges. Mandamus is a drastic remedy to be used only in extraordinary circumstances. See Kerr v. United States Dist. Court, 426 U.S. 394, 402 (1976). Mandamus relief is only available when there are no other means by which the relief sought could be granted, see In re Beard, 811 F.2d 818, 826 (4th Cir. 1987), and may not be used as a substitute for appeal. See In re Catawba Indian Tribe, 973 F.2d 1133, 1135 (4th Cir. 1992). The party seeking mandamus relief carries the heavy burden of showing that he has "no other adequate means to attain the relief he desires" and that his entitlement to such relief is "clear and indisputable." Allied Chem. Corp. v. Daiflon, Inc., 449 U.S. 33, 35 (1980). Propst has not made such a showing. Accordingly, although we grant Propst leave to proceed in forma pauperis, we deny his petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED

2